IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ROY SHAW                                                                                             PLAINTIFF

V.                                      NO. 3:06CV00088 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                     DEFENDANT

**JUDGMENT**

Pursuant to the Memorandum and Order filed this date, judgment is entered dismissing this case, with prejudice.  The relief sought is DENIED.

IT IS SO ADJUDGED this 19th day of September, 2007.

_____
UNITED STATES MAGISTRATE JUDGE